# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Arctic Cat, Inc. _____ v. _____ Polaris Industries, Inc. _____

No. _____ 16-1807 _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se          ☒ As counsel for:    Arctic Cat, Inc. _____

Name of party

I am, or the party I represent is (select one):

☐ Petitioner      ☐ Respondent      ☐ Amicus curiae      ☐ Cross Appellant

☒ Appellant       ☐ Appellee        ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant          ☐ Respondent or appellee

---

Name:                    Conrad A. Gosen
Law Firm:                Fish & Richardson P.C.
Address:                 3200 RBC Plaza, 60 South Sixth Street
City, State and Zip:     Minneapolis, MN 55402
Telephone:               612-335-5070
Fax #:                   612-288-9696
E-mail address:          gosen@fr.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):    Feb. 25, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date    April 21, 2016 _____    Signature of pro se or counsel   /s/ Conrad A. Gosen

cc:    _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on ___April 21, 2016___
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

_Conrad A. Gosen_                                        _/s/ Conrad A. Gosen_
      Name of Counsel                                        Signature of Counsel

| | |
|---|---|
| Law Firm | Fish & Richardson P.C. |
| Address | 3200 RBC Plaza, 60 South Sixth Street |
| City, State, Zip | Minneapolis, MN 55402 |
| Telephone Number | 612-335-5070 |
| Fax Number | 612-288-9696 |
| E-Mail Address | gosen@fr.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

[ Reset Fields ]