NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POLARIS INDUSTRIES, INC.,**
*Appellant*

v.

**ARCTIC CAT, INC.,**
*Cross-Appellant*

---

2016-1807, -2280

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01427 and IPR2014-01428.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to consolidate the above-captioned appeals and to set the briefing schedule,

IT IS ORDERED THAT:

The motion is granted to the extent that the appeals are considered an appeal and cross-appeal. The revised official caption and short caption are reflected in this

order.  Polaris Industries, Inc.'s opening brief, addressing only issues associated with 2016-2280, is due no later than October 31, 2016 and is limited to 14,000 words.  Arctic Cat, Inc.'s principal and response brief, addressing both appeals, is due no later than December 19, 2016 and is limited to 16,500 words.  Polaris's response and reply brief, addressing both appeals, is due no later than February 6, 2017 and is limited to 14,000 words.  Arctic Cat's reply brief, addressing only issues associated with 2016-1807, is due no later than February 27, 2017 and is limited to 7,000 words.  The joint appendix is due no later than March 27, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32